UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| STEVEN BENOIT,<br><br>    Plaintiff<br><br>v.<br><br>CHARLES J. WEIS and<br>MAURA WEIS,<br><br>    Defendants | )<br>)<br>)<br>)<br>)<br>)<br>) Civil Action No. 04-12718-RCL<br>)<br>)<br>)<br>)<br>)<br>) |

NOTICE OF WITHDRAWAL OF PLAINTIFF'S EX PARTE
MOTION FOR A REAL ESTATE ATTACHMENT

Now comes the Plaintiff and hereby withdraws his ex parte motion for a real estate attachment, which was filed with the Court on December 29, 2004.

                                                Respectfully submitted,

                                                The Plaintiff,
                                                By his attorney,

                                                Ronald W. Dunbar, Jr., BBO# 567023
                                                William R. Bagley Jr., BBO#644575
                                                DUNBAR & RODMAN LLP
                                                One Gateway Center - Suite 405
                                                Newton, MA 02458
                                                (617)244-3550

Dated:    January 4, 2005