AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of    Massachusetts

Steven Benoit

**SUMMONS IN A CIVIL ACTION**

V.

Charles J. Weis and
Maura Weis

CASE NUMBER:

04-12718 RCL

TO: (Name and address of Defendant)

Charles J. Weis
6 Avalon Place
Cumberland, RI 02864-6027

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Ronald W. Dunbar, Jr.
William R. Bagley Jr.
Dunbar & Rodman LLP
One Gateway Center - Suite - 405
Newton, MA 02458

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.



DEC 29 2004

CLERK                                           DATE

(By) DEPUTY CLERK

**COMPLETE THIS SECTION ON DELIVERY**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

A. Signature
X *M. Weis* ☐ Agent ☐ Addressee

B. Received by ( Printed Name)
*M. Weis*

C. Date of Delivery
JAN 1 2003

D. Is delivery address different from item 1? ☐ Yes ☐ No
If YES, enter delivery address below:

1. Article Addressed to:

Charles J. Weis
6 Avalon Place
Cumberland, RI
02864-4027

3. Service Type
☐ Certified Mail ☐ Express Mail
☐ Registered ☐ Return Receipt for Merchandise
☐ Insured Mail ☐ C.O.D.

4. Restricted Delivery? (Extra Fee) ☐ Yes

2. Article Number (transfer from service label)
7003 1680 0001 6626 1713

PS Form 3811, August 2001    Domestic Return Receipt    102595-02-M-1540