AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of **Massachusetts**

Steven Benoit

V.

Charles J. Weis and
Maura Weis

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER:

04 - 12718 RCL

TO: (Name and address of Defendant)

Maura Weis
6 Avalon Place
Cumberland, RI 02864-6027

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Ronald W. Dunbar, Jr.
William R. Bagley Jr.
Dunbar & Rodman LLP
One Gateway Center - Suite - 405
Newton, MA 02458

an answer to the complaint which is served on you with this summons, within ____20____ days after service
of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you
for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the
Clerk of this Court within a reasonable period of time after service.



DEC 29 2004

CLERK

DATE

(By) DEPUTY CLERK

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X _M. Weis_

☐ Agent
☐ Addressee

B. Received by ( Printed Name)

_M. Weis_

C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

JAN 1 1 2005   USPS

1. Article Addressed to:

Maura Weis
6 Avalon Place
Cumberland, RI
02864-6027

3. Service Type
☐ Certified Mail   ☐ Express Mail
☐ Registered   ☐ Return Receipt for Merchandise
☐ Insured Mail   ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number
(Transfer from service label)

7003 1680 0001 6626 1706

PS Form 3811, August 2001        Domestic Return Receipt        102595-02-M-1540