UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
CLERKS OFFICE
2005 FEB -1  P 12: 56
U.S. DISTRICT COURT
DISTRICT OF MASS

| | |
|---|---|
| STEVEN BENOIT, | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No. 04-12718-RCL |
| CHARLES J. WEIS and MAURA WEIS, | ) |
| Defendants. | ) |

## NOTICE OF APPEARANCE

Please enter the appearance of Robert J. Crohan Jr. on behalf of Defendants Charles J. Weis and Maura Weis in the above-referenced matter.

DEFENDANTS,
By their attorneys,

HOLLAND & KNIGHT LLP

_/s/ Robert J. Crohan Jr._
William P. Devereaux, Esq. (BBO No. 122220)
Stephen A. Izzi, Esq. (BBO No. 547488)
Robert J. Crohan Jr., Esq. (BBO No. 652965)
One Financial Plaza, Suite 1800
Providence, RI 02865
(401) 751-8500
(401) 553-6850 (Fax)

Date: January 28, 2005

## CERTIFICATE OF SERVICE

I hereby certify that on this ___ day of January, 2005, a true copy of the above document was served by first class mail, postage pre-paid, upon the following:

Ronald W. Dunbar, Jr., Esq.
William R. Bagley Jr., Esq.
DUNBAR & RODMAN LLP
One Gateway Center – Suite 405
Newton, MA 02458

*/s/ Robert J. Crohan Jr.*
Robert J. Crohan Jr.