FILED
IN CLERKS OFFICE

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

2005 FEB -1  P 12: 56

U.S. DISTRICT COURT
DISTRICT OF MASS.

| | |
|---|---|
| STEVEN BENOIT,<br><br>Plaintiff,<br><br>v.<br><br>CHARLES J. WEIS and<br>MAURA WEIS,<br><br>Defendants. | Civil Action No. 04-12718-RCL |

## NOTICE OF APPEARANCE

Please enter the appearance of William P. Devereaux on behalf of Defendants Charles J. Weis and Maura Weis in the above-referenced matter.

DEFENDANTS,
By their attorneys,

HOLLAND & KNIGHT LLP

_____
William P. Devereaux, Esq. (BBO No. 122220)
Stephen A. Izzi, Esq. (BBO No. 547488)
Robert J. Crohan Jr., Esq. (BBO No. 652965)
One Financial Plaza, Suite 1800
Providence, RI 02865
(401) 751-8500
(401) 553-6850 (Fax)

Date: January 28, 2005

## CERTIFICATE OF SERVICE

I hereby certify that on this 31st day of January, 2005, a true copy of the above document was served by first class mail, postage pre-paid, upon the following:

Ronald W. Dunbar, Jr., Esq.
William R. Bagley Jr., Esq.
DUNBAR & RODMAN LLP
One Gateway Center – Suite 405
Newton, MA 02458

*Robert J. Crohan Jr.*
Robert J. Crohan Jr.

# 2580057_v1