UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE

2005 FEB -1  P 12: 56

U.S. DISTRICT COURT
DISTRICT OF MASS.

STEVEN BENOIT, )
)
Plaintiff, )
)
v. ) Civil Action No. 04-12718-RCL
)
CHARLES J. WEIS and )
MAURA WEIS, )
)
Defendants. )

## ASSENTED TO MOTION TO ENLARGE TIME TO ANSWER OR OTHERWISE RESPOND TO COMPLAINT

The parties to this action respectfully request that the Court enlarge the time in which Defendants must answer or otherwise respond to the Complaint up through February 28, 2005. As grounds for this Motion, Defendants state that they have recently retained counsel and require additional time to confer with counsel prior to responding to the Complaint. Defendant Charles J. Weis is the Offensive Coordinator for the New England Patriots, and is effectively unavailable to meet with his counsel until after Super Bowl XXXIX on February 6, 2005. Accordingly, Defendants require additional time to prepare their response to the Complaint. Counsel for the Defendants has communicated with counsel for the Plaintiff on this matter, and Plaintiff has assented to the enlargement of time requested herein.

DEFENDANTS,
By their attorneys,

HOLLAND & KNIGHT LLP

_____
William P. Devereaux, Esq. (BBO No. 122220)
Stephen A. Izzi, Esq. (BBO No. 547488)
Robert J. Crohan Jr., Esq. (BBO No. 652965)
One Financial Plaza, Suite 1800
Providence, RI 02865
(401) 751-8500
(401) 553-6850 (Fax)

Date: January 28, 2005

## CERTIFICATE OF SERVICE

I hereby certify that on this 28th day of January, 2005, a true copy of the above document was served by first class mail, postage pre-paid, upon the following:

Ronald W. Dunbar, Jr., Esq.
William R. Bagley Jr., Esq.
DUNBAR & RODMAN LLP
One Gateway Center – Suite 405
Newton, MA 02458

_____
Robert J. Crohan Jr.

# 2579830_v1