UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| STEVEN BENOIT )<br>)<br>Plaintiff )<br>)<br>v. )<br>)<br>CHARLES J. WEIS and )<br>MAURA WEIS )<br>)<br>Defendants ) | Civil Action No. 04-12718-RCL |

## DEFENDANTS' MOTION TO DISMISS AND FOR SANCTIONS

Pursuant to Rule 12(b)(1) of the federal Rules of Civil Procedure, Defendants, Charles J. Weis and Maura Weis, respectfully move this Court for an order dismissing with prejudice Plaintiff Steven Benoit's claims against them in their entirety, on the grounds that Plaintiff lacks standing. Defendants also seek an award of the expenses incurred, including attorney's fees, in responding to the Complaint as a sanction for the conduct of the Plaintiff and/or his counsel. In support of this motion, Defendants submit the accompanying memorandum of law.

DEFENDANTS,
By their attorneys,

HOLLAND & KNIGHT LLP

_____
William P. Devereaux, Esq. (BBO No. 122220)
Stephen A. Izzi, Esq. (BBO No. 547488)
Robert J. Crohan Jr., Esq. (BBO No. 652965)
One Financial Plaza, Suite 1800
Providence, RI 02865
(401) 751-8500
(401) 553-6850 (Fax)

Date: February 4, 2005

CERTIFICATE OF SERVICE

I hereby certify that on this 4th day of February, 2005, a true copy of the above document was served by first class mail, postage pre-paid, upon the following:

Ronald W. Dunbar, Jr., Esq.
William R. Bagley Jr., Esq.
DUNBAR & RODMAN LLP
One Gateway Center – Suite 405
Newton, MA 02458

_____
Stephen A. Izzi

# 2591044_v2