UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

STEVEN BENOIT,
    Plaintiff

v.                                C.A. No. 04-12718 RCL

CHARLES J. WEIS and
MAURA WEIS
    Defendants

## DEFENDANTS' MOTION FOR LEAVE TO FILE THIRD PARTY COMPLAINT

Pursuant to Rule 14 of the Federal Rules of Civil Procedure, Defendants Charles J. Weis and Maura Weis move for leave to file a third-party complaint against Riverton Development Corp. In support of their motion, Defendants rely upon the memorandum submitted herewith.

### Certificate of Compliance With Local Rule 15.1

The undersigned hereby certifies that, pursuant to Local Rule 15.1, a copy of this motion along with a copy of the Notice of Intent to File Motion For Leave to file Third-Party Complaint were served in advance on Ronald W. Dunbar, Jr., Esquire, Dunbar & Rodman, LLP, One Gateway Center, Suite 405, Newton, MA 02458, and Sandra L. Colligan, President, Riverton Development Corp., 8 Pearl Street, Southboro, MA 01772, on the 27th day of September, 2005.

Respectfully submitted,

Charles J. Weis and Maura Weis,

By Their Attorneys,

HOLLAND & KNIGHT LLP

_/s/ Robert J. Crohan Jr._
William P. Devereaux, Esquire (# 122220)
Stephen A. Izzi, Esquire (#547488)
One Financial Plaza, Suite 1800
Providence, Rhode Island 02903
Telephone: (401) 751-8500
Facsimile: (401) 553-6850

## CERTIFICATION

The undersigned hereby certifies that on this 11th day of October, 2005, a true and correct copy of the foregoing was served, via first class mail, postage prepaid, to:

Ronald W. Dunbar, Jr., Esquire
Dunbar & Rodman, LLP
One Gateway Center, Suite 405
Newton, MA 02458

Sandra L. Colligan
President
Riverton Development Corp.
8 Pearl Street
Southboro, MA 01772

*Robert J. Crohan Jr.*

# 3254464_v2