UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

STEVEN BENOIT,
    Plaintiff

v.   C.A. No. 04-12718 RCL

CHARLES J. WEIS and
MAURA WEIS
    Defendants

## MEMORANDUM IN SUPPORT OF DEFENDANTS' MOTION FOR LEAVE TO FILE THIRD PARTY COMPLAINT

Defendants Charles J. Weis and Maura Weis submit this memorandum in support of their Motion For Leave to File a Third-Party Complaint against Riverton Development Corp.

This case involves a controversy regarding the construction of a personal residence for Charles J. Weis and Maura Weis in Cumberland, Rhode Island in 2000. Plaintiff Steven Benoit commenced this action to recover monies he claims are due him for construction work performed for the Weises in building their home.[1] He has brought claims for breach of contract, quantum meruit, and intentional misrepresentation against the Weises. The Weises have denied all material allegations of the Complaint and have asserted counterclaims for breach of contract and intentional and negligent misrepresentation.

At all relevant times, Benoit represented to the Weises that he was the President and owner of Riverton Development Corp.,[2] a Massachusetts corporation with a principal office at 8 Pearl Street, Southboro, Massachusetts. The labor and building supplies provided in connection

---

[1] Pursuant to an Order entered April 12, 2005, the Court granted the Motion of Stephen E. Shamban, as Chapter 7 Trustee of the Estate of Steven Beniot, to Substitute the Chapter 7 Trustee as the Real Party in Interest.

[2] According to information presently contained on the website of the Secretary of the Commonwealth, Division of Corporations, Benoit is the Treasurer and Secretary of Riverton, and Sandra L. Colligan is the President. *See* <http://corp.sec.state.ma.us/corp/corpsearch/CorpSearchSummary.asp?ReadFromDB=True&UpdateAllowed=&FEIN=000662885> accessed September 26, 2005.

with the construction of the Weises residence were provided by Riverton, and the Weises made payments in connection with said construction to Riverton. In addition, the only document signed by the Weises in connection with construction of their residence is a document between the Weises and Riverton, signed on behalf of Riverton by Benoit.

Upon information and belief, Benoit was acting in whole or in part as an agent or employee of Riverton in connection with the Weises construction project. To the extent Benoit was acting for Riverton, the corporation may be liable to the Weises for the damages they incurred in connection with said construction project. Moreover, to the extent the actions of Benoit and Riverton are distinct, Riverton may be liable to indemnify the Weises in the event the Weises are found to be liable to Benoit for any damages. Accordingly, the Weises seek leave to file a third-party complaint against Riverton so that they may assert their claims against all parties that may be liable to them for damages in connection with the construction of their residence.

> Respectfully submitted,
>
> Charles J. Weis and Maura Weis,
>
> By Their Attorneys,
>
> HOLLAND & KNIGHT LLP
>
> _____
> William P. Devereaux, Esquire (# 122220)
> Stephen A. Izzi, Esquire (#547488)
> Robert J. Crohan Jr., Esquire (#652965)
> One Financial Plaza, Suite 1800
> Providence, Rhode Island 02903
> Telephone: (401) 751-8500
> Facsimile: (401) 553-6850

## CERTIFICATION

The undersigned hereby certifies that on the 11th day of October, 2005, a true copy of the within document was forwarded via first class mail, postage prepaid, to:

Ronald W. Dunbar, Jr., Esquire
Dunbar & Rodman, LLP
One Gateway Center, Suite 405
Newton, MA 02458

Sandra L. Colligan
President
Riverton Development Corp.
8 Pearl Street
Southboro, MA 01772

_Robert J. Crohan Jr._

# 3255540_v1